# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0071
Lower Tribunal No. 2023-CA-007243

_____

MICHAEL MCCARTHY and SHARON MCCARTHY,

Appellants,

v.

TYPTAP INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Alane Laboda, Judge.

July 14, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and BROWNLEE, JJ., concur.


Mark A. Boyle and Thomas E. Shepard, of Boyle, Leonard & Anderson, P.A., Fort Myers, for Appellants.

Andrew A. Labbe, of Salmon, Salmon, Labbe & Dehne, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED